UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00370-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARCUS COVINGTON,

    Defendant.

## ORDER

THIS MATTER is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, September 17, 2012,** and responses to these motions shall be filed by **Monday, October 1, 2012.** It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date. It is

FURTHER ORDERED that a two-day jury trial is set for **Monday, October 15, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: August 24, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE