**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  12-cr-00370-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARCUS COVINGTON,

      Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the

Honorable Wiley Y. Daniel, Chief United States District Judge, on February 7, 2013, it is

hereby

ORDERED that Defendant Marcus Covington is sentenced to **TIME SERVED.**

Dated:  February 7, 2013.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE